UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2007 JUL 17 A 10: 25

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:07-CR-82 |
| | ) | JUDGE Phillips |
| JULIO RAMONE McCORMICK | ) | Shirley GAH |

## SEALING ORDER

For good cause shown, the Court finds that it is proper to Order that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER: 17 day of July, 2007.

H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE